948

No. 6729. Brown v. Peterson, Hospital Superintendent. C. A. 8th Cir. Certiorari denied.

No. 6730. Lind v. Richardson, Secretary of Health, Education, and Welfare. C. A. 9th Cir. Certiorari denied.

No. 6739. Peterson v. California. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 6. Cox, Penitentiary Superintendent v. May. C. A. 4th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 94. United States v. Meadows. C. A. 9th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 993. United States v. Liguori. C. A. 2d Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 17. Cox, Penitentiary Superintendent v. Pennington. C. A. 4th Cir. Motion for leave to dispense with printing respondent's brief granted. Certiorari denied.

No. 21. Koran v. United States. C. A. 5th Cir. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 22. Koran v. Florida. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted.